UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:06CR147RWS |
| ) | |
| JOSE MANUEL CENA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the motion for revocation of detention order [#25] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of January, 2007.